# CIVIL CAUSE FOR STATUS CONFERENCE



## BEFORE: JUDGE FEUERSTEIN

**DATE:** January 22, 2008          **TIME:** 10:00 am-10:20 am

**CASE NUMBER:** 05-cv-05172-SJF-AKT

**CASE TITLE:** Sorto v. Delta International Machinery Corp.

**PLTFFS ATTY:** John McDonnell
  X present      ___ not present

  ___ present    ___ not present

  ___ present    ___ not present

**DEFTS ATTY:** Brian Deveney
  X present      ___ not present

  ___ present    ___ not present

  ___ present    ___ not present

**COURT REPORTER:** Ellen Combs     **COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:** _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO _____.

X   DECISION:   ORDER ENTERED ON THE RECORD.

**OTHER:** Case settled on the record.